USA v Brosnan
Case # 10-0068

Request for permission to file Brosnan v Silicon Valley Regional Computer Forensics Laboratory

Clerk of the Court

Please deliver the attached complaint and this page to Judge Alsup's clerk Dawn Logan.