IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

SILICON VALLEY REGIONAL COMPUTER FORENSICS LABORATORY, et. al.,

    Defendants.

No. MC 16-80216 WHA

**ORDER RE PROPOSED LAWSUIT**

In compliance with the terms of his supervised release (*see* Case No. 10-0068, Dkt. No. 312), defendant John Brosnan has submitted to the undersigned judge a proposed lawsuit that he wishes to file in state court. In his complaint, Brosnan alleges that, in 2009, defendant Silicon Valley Regional Computer Forensics Laboratory (SVRCFL) and one of its employees attempted to create an image of a memory card reader with no success. Brosnan alleges that, as a result of defendants' inability to create an image of the memory card reader, he was unable to access exculpatory evidence before his trial. The proposed complaint asserts claims for personal injury, negligence, fraud, deceit, and intentional infliction of emotional distress.

Brosnan's proposed complaint is frivolous. Permission to file this complaint against SVRCFL and its employee is **DENIED**. The Clerk shall please return the complaint.

    **IT IS SO ORDERED.**

Dated: October 6, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE